JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ, | Case No. 8:25-cv-01114-JWH-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THROUGH THE GARDEN GATES, LLC.; THE SALISBURY FAMILY LIMITED PARTNERSHIP; and DOES 1 TO 10. | |
| Defendants. | |

1    Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment
2    [ECF No. 14]" entered substantially contemporaneously herewith, and in
3    accordance with Rule 58 of the Federal Rules of Civil Procedure,
4    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5    1.    This Court possesses subject matter jurisdiction over the above-
6    captioned action pursuant to 28 U.S.C. § 1331.
7    2.    Defendants The Salisbury Family Limited Partnership and Does 1
8    to 10 are **DISMISSED**.
9    3.    The following claims are **DISMISSED**:
10    a.    violation of the Unruh Civil Rights Act;
11    b.    violation of the California Disabled Persons Act;
12    c.    violation of Cal. Health & Safety Code § 19955, *et seq.*; and
13    d.    negligence.
14    4.    **JUDGMENT** is entered in **FAVOR** of Plaintiff Julio Cruz
15    ("Cruz"), and against Defendant Through the Garden Gates, LLC
16    ("Defendant"), with respect to Cruz's claim for relief arising under the
17    Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131, *et seq.*, in the
18    amount of **$1,940** (which consists of $1,020 in attorney's fees, $390 in paralegal
19    fees, and $530 in litigation costs).
20    5.    In addition, Defendant is **ORDERED** to provide accessible parking
21    in compliance with the Americans with Disabilities Act Accessibility Guidelines.
22    at the property located at or about 830 E. Whittier Boulevard, La Habra,
23    California.
24    / / /
25    / / /
26    / / /
27    / / /
28    / / /

6.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    September 22, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE